

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of Federal Operations
P.O. Box 77960
Washington, DC 20013

Monika Ahmadpour-Bahna, a/k/a
Aracely J.,[1]
Complainant,

v.

Megan J. Brennan,
Postmaster General,
United States Postal Service
(Capital Metro Area),
Agency.

Request No. 0520180258
Appeal No. 0120162176
Agency No. 1K-221-0035-15

## DECISION ON REQUEST FOR RECONSIDERATION

Complainant requested that the Equal Employment Opportunity Commission (EEOC or Commission) reconsider its decision in EEOC Appeal No. 0120162176 (January 19, 2018). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision issued pursuant to 29 C.F.R. § 1614.405(a), where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. See 29 C.F.R. § 1614.405(c).

In her underlying complaint, Complainant alleged that the Agency subjected her to unlawful race, national origin, sex, religion, color, and reprisal discrimination when: (1) on May 21, 2015, management issued her a 7-day suspension; (2) on July 3, 2015, management issued her two 14-day suspensions; and (3) on or around September 18, 2015, management issued her a notice of removal for failure to follow instructions. In its final decision, the Agency found that Complainant failed to show that she was subjected to discrimination as alleged. On appeal, the Commission affirmed the Agency's final decision. Specifically, we found that assuming, arguendo, Complainant established a prima facie case of race, national origin, sex, religion, color, and reprisal discrimination, the Agency nonetheless articulated legitimate, nondiscriminatory reasons for its actions that Complainant failed to show were pretextual.

---

[1] This case has been randomly assigned a pseudonym which will replace Complainant's name when the decision is published to non-parties and the Commission's website.

In her request for reconsideration, Complainant largely reiterates arguments made, and fully considered on appeal. Accordingly, after reviewing the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(c), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 0120162176 remains the Commission's decision. There is no further right of administrative appeal on the decision of the Commission on this request.

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0610)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official Agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

## RIGHT TO REQUEST COUNSEL (Z0815)

If you want to file a civil action but cannot pay the fees, costs, or security to do so, you may request permission from the court to proceed with the civil action without paying these fees or costs. Similarly, if you cannot afford an attorney to represent you in the civil action, you may request the court to appoint an attorney for you. **You must submit the requests for waiver of court costs or appointment of an attorney directly to the court, not the Commission.** The court has the sole discretion to grant or deny these types of requests. Such requests do not alter the time limits for filing a civil action (please read the paragraph titled Complainant's Right to File a Civil Action for the specific time limits).

FOR THE COMMISSION:

*[signature]*
Carlton M. Hadden, Director
Office of Federal Operations

June 5, 2018
Date

# CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed.** I certify that this decision was mailed to the following recipients on the date below:

Monika Ahmadpour-Bahna
8021 Ashboro Dr.
Alexandria, VA 22309-1305

Roberto Ifill
2317 Brooke Grove Rd.
Mitchellville, MD 20721-1860


U.S. Postal Service (Capital-Metro)
NEEOISO - Appeals
U.S. Postal Service
PO Box 21979
Tampa, FL 33622-1979


June 5, 2018
Date

*[signature]*
Compliance and Control Division