**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| Monika Ahmadpour-Bahnamiri, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:18-cv-701 (LMB/TCB) |
| v. | ) | |
| | ) | |
| U.S. Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant U.S. Postal Service, through its undersigned counsel, respectfully moves to dismiss this action against it for failure to state a claim.  The grounds for this Motion are fully explained in the accompanying memorandum.

Dated: August 27, 2018

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
JOHN V. COGHLAN
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3738
Fax:    (703) 299-3983
Email: john.coghlan@usdoj.gov
*Counsel for Respondents*

OF COUNSEL:

Sion New III
Attorney
U.S. Postal Service

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I will electronically file the foregoing with the Clerk of

the Court using the CM/ECF system, and will mail a copy of the foregoing to Plaintiff, a non-

filing user, via first class mail and electronic mail to the following address:

Monika Ahmadpour-Bahnamiri
821 Ashboro Dr.
Alexandria, VA 22309

_____/s/_____
JOHN V. COGHLAN
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3738
Fax:    (703) 299-3983
Email: john.coghlan@usdoj.gov
*Counsel for Defendant*